Kingston v Court (2025 NY Slip Op 03519)

Kingston v Court

2025 NY Slip Op 03519

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: CURRAN, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ. (Filed June 6, 2025.) 

MOTION NO. (728/24) CA 23-01374.

[*1]THOMAS C. KINGSTON, AS EXECUTOR OF THE ESTATE OF MARCELLA KINGSTON, PLAINTIFF-RESPONDENT, T
v
ENNYSON COURT, TENNYSON COURT, LLC, SALEM BUFFALO, LLC, AND JAMES T. HANDS, DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.